UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at COVINGTON

| | | |
|---|---|---|
| DANA LEE WODARSKI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 2:20-079-HRW |
| | ) | |
| v. | ) | |
| | ) | |
| KENTON COUNTY | ) | **JUDGMENT** |
| DETENTION CENTER, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The civil rights claims asserted in Plaintiff Dana Lee Wodarski's complaint pursuant to 42 U.S.C. § 1983 [D. E. No. 1] are **DISMISSED** with prejudice.

2. This action is **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 27th day of May, 2020.



Signed By:
*Henry R Wilhoit Jr.*
**United States District Judge**

1